O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RAY BUTLER,<br><br>    Petitioner,<br><br>    vs.<br><br>TERESER A. BANKS,<br><br>    Respondent. | Case No. CV 11-05487-GAF (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

Dated: August 5, 2011

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE